AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Southern District of Texas

United States District Court
Southern District Of Texas
FILED
NOV 04 2019
David J. Bradley, Clerk

| United States of America | ) |
|---|---|
| v. Mendoza (Jl - 11/4/19) | ) |
| Daffne IBARRA Mendez; COB: Mexico; YOB: 1990 | )  Case No. M-19-2693-M |
| Diego LOZANO Munoz; COB: Mexico; YOB: 1994 | ) |
| Defendant | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  11/03/2019  in the county of  Hidalgo  in the  Southern  District of  Texas , the defendant violated  31  U. S. C. § 5332(a) , an offense described as follows:

Whoever, with the intent to evade a currency reporting requirement under section 5316, knowingly conceals more than $10,000 in currency or other monetary instruments on the person of such individual or in any conveyance, article of luggage, merchandise, or other container, and transports or transfers or attempts to transport or transfer such currency or monetary instruments from a place within the United States to a place outside of the United States.

This criminal complaint is based on these facts:
See Attachment "A"

☑ Continued on the attached sheet.

Approved AUSA Laura Garcia

_____
Complainant's signature

Janet Dougherty, HSI Special Agent
*Printed name and title*

Date: 11/4/2019

City and state:

McAllen, Texas

_____
Judge's signature

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

On November 3, 2019, Department of Homeland Security (DHS), Homeland Security Investigations (HSI), McAllen, Texas Office received information from Customs and Border Protection (CBP), Office of Field Operations (OFO) at the Progreso, Texas Port of Entry (POE), in reference to the seizure of approximately over one million in US currency, which was found in a floorboard compartment of a vehicle driving outbound from the United States into Mexico.

At approximately 11:50 AM, United States Customs and Border Protection Officer (CBPO) I. Martinez was conducting outbound inspections as part of his duties at the Progreso POE. CBPO Martinez conducted an outbound inspection of a Peugeot Partner van, license plate MX XFF830A; hereinafter referred to as "the vehicle." The driver of the vehicle was identified as Diego LOZANO Munoz and the passenger was identified as Daffne IBARRA Mendoza.

CBPO Martinez obtained a negative binding declaration for currency or monetary instruments in excess of $10,000.00, firearms, and ammunition from both LOZANO and IBARRA. Once the negative declaration was obtained for all items, CBPO Martinez referred the vehicle to outbound secondary for further inspection.

During the secondary inspection, CBPOs identified fresh tool marks and silicone on the rear vehicle floor. The secondary inspection resulted in a floorboard compartment of the vehicle in which approximately 107 bundles of U.S. currency wrapped in cellophane were located, totaling approximately over one million in US currency.

HSI McAllen Special Agent responded to the Progreso POE to interview LOZANO and IBARRA. During a post Miranda interview of LOZANO, he stated it was his job to transport U.S. currency from the United States to Mexico with IBARRA. LOZANO stated he knew he was supposed to declare with CBP any amount of currency exceeding $10,000 USD when driving from the United States into Mexico. LOZANO Munoz stated he was paid approximately $5,000 for his role in transporting the currency. LOZANO stated he and IBARRA were supposed to take the vehicle to Reynosa, Mexico. LOZANO stated he had worked in his role of transporting the vehicle for approximately 5 to 6 months.

During a post Miranda interview of IBARRA, she stated it was her job to transport U.S. currency from the United States to Mexico with LOZANO. IBARRA stated she knew she was supposed to declare with CBP any amount of currency exceeding $10,000 USD when driving from the United States into Mexico. IBARRA stated she and LOZANO believed they were transporting U.S. currency for which she was paid approximately $3,000 each time. IBARRA stated she and LOZANO were supposed to take the vehicle to Reynosa, Mexico. IBARRA stated she had worked in her role of transporting the vehicle since approximately March or April of 2019.